## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Steven Messer,

    Plaintiff,        Civil 06-2236 (PAM/JSM)

v.              **ORDER OF DISMISSAL**

Life Insurance Company of
North America,

    Defendant.

_____

  The court having been advised that the above case has been settled,

  **IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: December __11__, 2006

                s/Paul A. Magnuson
                Paul A. Magnuson**,** Judge
                United States District Court